**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| In The Matter Of: | In Bankruptcy: |
|---|---|
| ROY A JOHNSTON | Case No. 08-66714-TJT |
| LYNNE A JOHNSTON | Chapter 7 |
| | Hon. THOMAS J. TUCKER |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $2.71 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Recovery Management Systems Corp<br>For GE Money Bank<br>Dba Sam's Club<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 11 | $2.71 |

**Total: $2.71**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 10/01/2010